UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANTHAN RANA,<br><br>                                         Petitioner,<br><br>v.<br><br>KRISTI NOEM, Secretary of the Department of Homeland Security, PAMELA JO BONDI, Attorney General, TODD M. LYONS, Acting Director, Immigration and Customs Enforcement, JESUS ROCHA, Acting Field Office Director, San Diego Field Office, CHRISTOPHER LAROSE, Warden at Otay Mesa Detention Center,<br><br>                                         Respondents. | Case No.:  26-cv-1688-BJC-VET<br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS**<br><br>**[ECF No. 1, 4, 7]** |

On March 9, 2026, Manthan Rana ("Petitioner") filed a petition for a writ of habeas corpus.  ECF No. 1.  On March 23, 2026, the Court set a briefing schedule, issued a limited stay, and conditionally appointed the Federal Defenders of San Diego.  ECF No. 2.  On March 26, 2026, Federal Defenders filed a notice of withdrawal of counsel, stating that

26-cv-1490-BJC-MMP

Petitioner had retained substitute counsel.  ECF No. 4.  On March 30, 2026, Respondents filed a return to the petition stating that "the government does not oppose the petition and defers to the Court on the appropriate relief."  ECF No. 6 at 3.  The next day, Petitioner filed a motion for a temporary restraining order, requesting that the Court prohibit Respondents from removing Petitioner from the United States or transferring him outside the Southern District of California.  ECF No. 7 at 7.

Accordingly, the Court **GRANTS** the petition for a writ of habeas corpus. Having shown good cause, Respondents shall immediately release Petitioner.  Respondents are **ENJOINED** from re-detaining Petitioner under 8 U.S.C. § 1231(a)(6) unless and until Respondents obtain a travel document for his removal.  Respondents are **ENJOINED** from re-detaining Petitioner without first following the procedures set forth in 8 C.F.R. §§ 241.4(l), 241.13(i), and any other applicable statutory and regulatory procedures.  Finally, the motion to withdraw as counsel is **GRANTED**, ECF No. 4, and the motion for a temporary restraining order is **DENIED** as moot.  ECF No. 7.  The Clerk of Court shall close this matter.

**IT IS SO ORDERED**.

Dated:  April 6, 2026

Honorable Benjamin J. Cheeks
United States District Judge

2

26-cv-1490-BJC-MMP